United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 10-18621-wch
Carlos A Ramirez                                                      Chapter 13
Jaliz C Medina
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0101-1            User: elombard           Page 1 of 2              Date Rcvd: Sep 19, 2011
                                Form ID: pdf012          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2011.
```
db/jdb     +Carlos A Ramirez,   Jaliz C Medina,   35 Heard Street,   Chelsea, MA 02150-2405
aty        +Paul F. Vozella,   Melia & Osol,   16 Harvard St.,   Worcester, MA 01609-2892
aty        +Peter R. Kaplan,   60 Washington St,   Suite 305,   Salem, MA 01970-3516
tr         +Carolyn Bankowski-13,   Chapter 13 Trustee Boston,   P. O. Box 8250,   Boston, MA 02114-0950
cr         +BAC Home Loans Servicing, L.P. fka Count,   c/o McCalla Raymer, LLC,   Bankruptcy Department,
             1544 Old Alabama Road,   Roswell, GA 30076-2102
cr         +BAC Home Loans Servicing, LP, c/o Prober,   20750 Ventura Blvd., Suite 100,
             Woodland Hills, CA 91364-6207
cr         +Oak Harbor Capital, L.L.C,   c/o Weinstein & Riley, P.S.,   2001 Western Ave.,   Ste 400,
             Seattle, WA 98121-3132
17678032   +ADTSecurity Services,   PO Box 371490,   Pittsburgh, PA 15250-7490
17754557   +BAC Home Loans Servicing, L.P.,   c/o McCALLA RAYMER, LLC,   Bankruptcy Department,
             1544 Old Alabama Road,   Roswell, Georgia 30076-2102
17920966   +BAC Home Loans Servicing, LP,   c/o Prober & Raphael, A Law Corporation,
             20750 Ventura Blvd., Suite 100,   Woodland Hills, CA 91364-6207
17922924   +BAC Home Loans Servicing, LP, et al,   BK Dept. MS CA6-919-01-23,   400 National Way,
             Simi Valley, CA 93065-6414
17678033   +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
17678035   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17678036   +Chase Manhattan Mortgage,   Attention: Research Dept. G7-PP,   3415 Vision Drive,
             Columbus, OH 43219-6009
17678037   +Chela,   Attn: Bankruptcy,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
17678038   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17678039   +Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
17695335   +Department Stores National Bank/Macy's,   Bankruptcy Processing,   PO Box 8053,
             Mason, OH 45040-8053
17765254   +Fia Card Services, NA As Successor In Interest to,   Bank of America NA and Mbna America Bank,
             1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
17718405   +HSBC BANK NEVADA, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
17678040   +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 5263,   Carol Stream, IL 60197-5263
17908407    J.P. MORGAN CHASE BANK, N.A.,   c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,
             Rochester Hills, MI  48308-0908
17678041   +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
17678042   +Mass DOR,   Bankruptcy Unit,   PO Box 9564,   Boston, MA 02114-9564
17818627   +Massachusetts Department of Revenue,   Bankruptcy Unit,   P.O. Box 9564,   Boston, MA 02114-9564
17786116   +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
             Norfolk VA 23541-0914
17678043   +T-Mobile,   PO Box 742596,   Cincinnati, OH 45274-2596
17743167    eCAST Settlement Corporation, assignee,   of Citibank (South Dakota), N.A.,   POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 20 2011 09:32:59      John Fitzgerald,
             Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3934
17813380   +E-mail/PDF: pa_dc_claims@salliemae.com Sep 20 2011 09:44:58      RBS Citizens,
             C/o Sallie Mae Inc.,   220 Lasley Ave.,   Wilkes-Barre, PA 18706-1430
17736261    E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2011 09:44:58
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
17719204    E-mail/PDF: pa_dc_litigation@salliemae.com Sep 20 2011 09:44:58
             Sallie Mae Inc. on behalf of USA FUNDS,   Attn: Bankruptcy Litigation Unit E3149,
             P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
cr*        +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
17718408*  +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
17743168*   eCAST Settlement Corporation, assignee,   of Citibank (South Dakota), N.A.,   POB 29262,
             New York, NY 10087-9262
17678034   ##+Bank Of America,   Po Box 15026,   Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0101-1          User: elombard            Page 2 of 2              Date Rcvd: Sep 19, 2011
                              Form ID: pdf012           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 21, 2011**              **Signature:** _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: | CHAPTER 13 |
| Carlos Ramirez | Case No. 10-18621 |
| Jaliz Medina | |
| | |
| Debtors. | |

## OBJECTION TO PROOF OF CLAIM 10-1, FILED BY HSBC BANK NEVADA, N.A.

Now comes the Debtors, in the above-captioned matter, and herby file their Objection to Proof of Claim 10-1, filed by HSBC Bank Nevada, N.A. (hereinafter the "HSBC") on December 14, 2010. In support of this Objection, the Debtors state as follows:

1. On August 9, 2010, the Debtors filed for relief pursuant to Chapter 13 of the United States Bankruptcy Code.
2. On December 14, 2010, HSBC filed a Proof of Claim, docketed as claim 11-1.
3. HSBC claims a purchase money security interest in certain property.
4. Although HSBC attaches various receipts for items allegedly purchased by the Debtors, HSBC has provided no documentation that clearly identifies the property in which there allegedly exists a security interest.
5. Moreover, HSBC has provided no evidence to substantiate its apparent position that the value of such unidentified property is $656.05, therefore they have established no basis for the amount of the secured claim.

WHEREFORE, Debtors respectfully requests that this Court enter an Order disallowing Proof of Claim 10-1, filed by HSBC Bank Nevada, N.A., and for such further relief as the Court deems just and proper.

*[Margin annotation, signed and dated 09/19/2011: "There being no response, objection is sustained." /s/ William C. Hillman]*

                                                Respectfully Submitted,
                                                Carlos Ramirez & Jaliz Medina,
                                                By their attorney,

August 19, 2011                /s/: Peter Kaplan
_____    _____
  Date                                Peter R. Kaplan,
                                        60 Washington St
                                        Suite 305
                                        Salem, MA 01970
                                        (978) 740-2805

**UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re:<br>Carlos Ramirez<br>Jaliz Medina | CHAPTER 13<br>Case No. 10-18621 |
| Debtors. | |

### NOTICE OF RESPONSE/OBJECTION DEADLINE

Pursuant to MLBR, Appendix 1, Rule 13-13C as amended by Standing Order 10-1 dated February 2, 2010; a response to the Debtor's Objection to Proof of Claim must be filed with the Bankruptcy Court within thirty (30) days of receipt of service of this Notice.

                                                                               Respectfully Submitted,

| August 19, 2011 | /s/: Peter Kaplan |
|---|---|
| Date | Peter R. Kaplan,<br>60 Washington St<br>Suite 305<br>Salem, MA 01970<br>(978) 740-2805 |

**UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

In Re:  CHAPTER 13
Carlos Ramirez  Case No. 10-18621
Jaliz Medina

Debtors.

**CERTIFICATE OF SERVICE**

I, Peter R. Kaplan, hereby certify that on August 19, 2011, I served of copy of the Debtor's Objection to Proof of Claim with Objection/Response Deadline on the following interested parties either electronically or by first class mail:

**Chapter 13 Trustee**
Carolyn Bankowski

**US Trustee**
John Fitzgerald

**HSBC c/o**
Bass & Associates, P.C.
3936 Ft. Lowell, Suite 200
Tucson, AZ 85712

Respectfully Submitted,

July 5, 2011                 /s/: Peter Kaplan

Date                         Peter R. Kaplan,
                             60 Washington St
                             Suite 305
                             Salem, MA 01970
                             (978) 740-2805